THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 17, 2019



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In Re:   FRANCES WADE,                                   Chapter 13

        Debtor.                                        Case No. 19-26479-KMP
_____

**ORDER EXTENDING DEADLINE TO FILE REQUIRED DOCUMENTS**
_____

    Upon consideration of the Debtor's Motion to Extend Time, which requested an extension until July 22, 2019, to file Chapter 13 Plan, Completed Schedules (A/B-J and Declaration), Summary of Assets and Liabilities, Statement of Financial Affairs, Form 11A-1 Current Monthly Income, Form 122A-2 Means Test Calculation (if applicable) and Local Form 1007 Payment Advice Cover Sheet (with attached pay stubs if appropriate),

    IT IS HEREBY ORDERED:  due to the Chapter 13 Trustee's pending Objection to the Motion to Continue Stay, which is scheduled for hearing on July 23, 2019, the deadline to file Chapter 13 Plan, Completed Schedules (A/B-J and Declaration), Summary of Assets and Liabilities, Statement of Financial Affairs, Form 11A-1 Current Monthly Income, Form 122A-2 Means Test Calculation (if applicable) and Local Form 1007 Payment Advice Cover Sheet (with attached pay stubs if appropriate) is extended to **July 19, 2019**.

#####